UNITED STATES DISTRICT COURT for the
Northern District of New York

United States of America                Plaintiff/Petitioner,

Vs.                                                                         AFFIDAVIT OF SERVICE

Michael Shanahan              Defendant/Respondent           Civil Action No. 5:12-CV-1410(GLS/ATB)

STATE OF NEW YORK, COUNTY OF ONONDAGA ] SS:

I, Anthony Diglio Jr., being duly sworn, deposes and says: I'm not a party herein, I'm over 18 years of age and reside at 511 S. State Street, Room 104 Syracuse, N.Y., 13202.
That on 09/24/2012 at 6:08 P.m. at 1845 North Rd Tully, N.Y.
I served the annexed Summons and Complaint, in the above entitled civil action or proceeding upon Michael Shanahan, the person named therein as the defendant/respondent.

____ **Personal** By personally delivering to and leaving with said _____, a true copy thereof, and knowing the person so served to be the person mentioned and described in the said documents.

____ **Corporate/Partnership** By delivering a true copy thereof and leaving with said _____, at _____ in _____ N.Y. and knowing the person so served to be the _____ of the corporation/partnership.

✓ **Responsible Person** After making a diligent attempt to serve the respondent I was unable to serve the respondent but I was able to serve an adult person occupying the apartment and I served Michael Shanahan on the 24th day of September, 2012. And thereafter I mailed a copy of the Summons + Complaint, by ____ certified mail, ✓ ordinary mail to the respondent at 1845 North Rd Tully N.Y..

____ **Affixed/Mailing** After making a diligent attempt to serve the respondent I was unable to serve the respondent Or any other person occupying the subject premises and therefore on the ____ day of _____, 20___, I Affixed a copy of _____, to the door of the premises and I mailed a copy ____ certified mail, ____ ordinary mail to the respondent at the subject premises, the mailing was made at an official depository of the U.S. Post Office.

Deponent Attempted Service:
  On __/__/20__ at ____.m. On __/__/20__ at ____.m. On __/__/20__ at ____.m.
  On __/__/20__ at ____.m. On __/__/20__ at ____.m. On __/__/20__ at ____.m.

The deponent gives an approximate description as follows:
  Sex M  Skin Color white  Age 60-85  Height 5'8-6'0  Weight over 200  Hair Color white
  ✓ Glasses
Deponent asked the individual so served if he/she was presently in the military service on active duty and was informed that He/she was not. The deponent further states that he/she knows the individual so served to be the person mentioned and Described in said document(s), as the defendant/respondent.

Sworn to before me on

MELINDA L. WHIPPLE
Notary Public, State of New York
Qual. in Onondaga Co. No. 01WH6012198
Commission Expires Aug. 24, 2014

Anthony Diglio Jr., Syracuse City Marshal